Cc: *[handwritten annotation illegible]*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 1:CR-06-0199 |
| | ) (Judge Conner) |
| v. | ) |
| | ) **FILED** |
| **JAIME CARDENAS-BORBON AND** | ) HARRISBURG |
| **GABRIEL RIVERA-GIL** | ) JUL 0 5 2006 |
| | MARY E. D'ANDREA, CLERK |
| | Per____ /s/ ____ Deputy Clerk |

## O R D E R

The Indictment in this case was placed under seal upon the application of the United States. The United States has filed a motion to unseal, stating that it is no longer necessary for the documents to remain sealed. Therefore, **IT IS ORDERED** that the Government's Motion to Unseal is **GRANTED**. These documents are **UNSEALED** as of this date.

*/s/ Christopher C. Conner* 7/5/06

CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE