AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

United States of America
v.
Jaime Cardenas-Borbon

Case No: 1:CR-06-199-01
USM No: 13855-067

Date of Original Judgment: 02/12/2010
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)

James V. Wade, Esq.
Defendant's Attorney

FILED
HARRISBURG, PA
OCT 3 0 2015
MARIA E. ELKINS, CLERK
Per _____

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___292___ months **is reduced to** 235 months [235 months on each of Counts 1 and 2, to run concurrently].

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/12/2010  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 10/30/15

Judge's signature

Effective Date: 11/01/2015
*(if different from order date)*

Christopher C. Conner, Chief United States District Judge
*Printed name and title*